UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUENTIN S. NASH,<br><br>                        Plaintiff,<br><br>     -against-<br><br>MOBILEIRON, INC., SIMON BIDDISCOMBE, TAE HEA NAHM, JESSICA DENECOUR, KENNETH KLEIN, JAMES TOLONEN, ANJALI JOSHI, and RISHI BAJAJ,<br><br>                        Defendants. | Case No.: 1:20-cv-08767-LJL |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: December 23, 2020

**OF COUNSEL:**

**ADEMI LLP**
Guri Ademi
Jesse Fruchter
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Tel: (414) 482-8000
Fax: (414) 482-8001
Email: gademi@ademilaw.com
          jfruchter@ademilaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorneys for Plaintiff*